### THOMAS v. STATE.
### No. 16620.

Court of Criminal Appeals of Texas.
Feb. 14, 1934.

Rehearing Denied March 14, 1934.

See, also (Tex. Cr. App.) 68 S.W.(2d) 1035.

A. C. Chrisman, of Cleburne, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for manufacturing intoxicating liquor; punishment being five years in the penitentiary.

No statement of facts or bills of exception are found in the record. In such condition, nothing is presented for review.

The judgment is affirmed.